FILED
OCT 18 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MANUEL MADRIZ SANCHEZ,<br><br>    Defendant. | No. 2:11-cr-00365-GEB<br><br>**ORDER** |

Since Defendant Manuel Madriz-Sanchez was sentenced today to time served, Mr. Madriz-Sanchez shall be released from custody in this case.

Dated: October 18, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Copy

1